**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES RICOBENE and DEBRA RICOBENE, on behalf of plaintiffs and the class defined below, | ) ) ) ) | |
| Plaintiffs, | ) ) | 10 CV 3368 |
| vs. | ) ) ) | Judge Kennelly<br>Magistrate Judge Keys |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs James Ricobene and Debra Ricobene and Defendant NCO Financial Systems, Inc. hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant with prejudice and the dismissal of the claims of the putative class without prejudice, with each party to bear their own costs and fees.

| | |
|---|---|
| **JAMES RICOBENE**<br>**DEBRA RICOBENE** | **NCO FINANCIAL SYSTEMS, INC.** |
| | By: s/James K. Schultz |
| By: s/Francis R. Greene<br>    One of Their Attorneys |     One of Its Attorneys |
| | David Israel |
| Daniel A. Edelman | James K. Schultz |
| Cathleen M. Combs | Nicole M. Barrett |
| James O. Latturner | SESSIONS, FISHMAN, NATHAN & |
| Francis R. Greene |     ISRAEL LLC |
| EDELMAN, COMBS, LATTURNER &<br>    GOODWIN, LLC | 55 West Monroe, Suite 1120 |
| 120 S. LaSalle St., Suite 1800 | Chicago, IL 60603 |
| Chicago IL 60603 | (312) 578-0990 |
| (312) 739-4200 | (312) 578-0991 (Fax) |
| (312) 419-0379 (Fax) | |

## CERTIFICATE OF SERVICE

      I, Francis R. Greene, hereby certify that on November 23, 2010, I caused to be filed the foregoing documents via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

James K. Schultz
jschultz@session-law.biz

David Israel
disrael@sessions-law.biz

                                        s/Francis R. Greene
                                        Francis R. Greene